ana Code of Criminal Procedure as amended by Act No. 12 of the Extra Session of 1968 or show cause in this court on Monday, September 18, 1972 at 11 o'clock A.M., why he should not do so.

263 So.2d 906

Steve J. MORTILLARO

v.

CIVIL SERVICE COMMISSION FOR the CITY OF NEW ORLEANS, and the City of New Orleans.

No. 52656.

July 17, 1972.

BARHAM, J., concurs. The result is harsh and I entertain grave doubt it was

intended by the legislature. Thousands of citizens of this State—i. e. Civil Service personnel—are prohibited from participating in the Constitutional Convention and logic will not support this denial. However, the language of Act 2 of 1972 is unambiguous and Art. 14, Sec. 15(N) (7) La.Const. appears to control.